No. 81–5202.   SMITH v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 81–5206.   JOHNAKIN v. PENNSYLVANIA.   Sup. Ct.
Pa.   Certiorari denied.

No. 81–5207.   HOBBS v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 81–5208.   ROBINSON v. UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 81–5209.   RUBIER v. UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 81–5211.   JUDD v. UNITED STATES MARINE CORPS.
C. A. 9th Cir.   Certiorari denied.

No. 81–5213.   GIFFORD ET UX. v. UNITED STATES.   C. A.
9th Cir.   Certiorari denied.

No. 81–5214.   ROBINSON v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.

No. 81–5216.   COX v. UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 81–5220.   ABDULBARR v. UNITED STATES.   C. A.
4th Cir.   Certiorari denied.

No. 81–5232.   TURNER ET AL. v. COWAN ET AL.   C. A.
D. C. Cir.   Certiorari denied.

No. 81–5234.   STAFFORD v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 81–5235.   HOLLAND v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 81–5236.   TIDWELL v. UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.